IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TISDALE-MORGAN, | No. 2:22-CV-0545-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On January 28, 2023, the parties filed a stipulation for the award of attorney's fees under the Equal Access to Justice Act (EAJA). See ECF No. 17. The parties' stipulation is approved.

      Pursuant to the parties' stipulation, Jennifer Marie Tisdale-Morgan, will be awarded attorney fees in the amount of EIGHT THOUSAND TWO HUNDRED and NO CENTS DOLLARS ($8,200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. Section 2412(d).

///

1

1  After the Court issues an order for EAJA fee to Jennifer Tisdale-Morgan, the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), and the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's offset program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees will be made payable to Jennifer Marie Tisdale-Morgan, but if the Department of Treasury determines that Jennifer Marie Tisdale-Morgan, does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered directly to John V. Johnson.

The parties' stipulation constitutes a compromise settlement of Jennifer Marie Tisdale-Morgan's request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Jennifer Marie Tisdale-Morgan, and/or John V. Johnson, including counsel's law firm, may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson and his counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. Section 406(b) subject to the savings clause of EAJA.

The Clerk of the Court is directed to terminate ECF No. 16 as a pending motion pursuant to the parties' stipulation.

IT IS SO ORDERED.

Dated:  March 22, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2